

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>            Plaintiff,<br><br>   vs.<br><br>MEHRDAD SAIDI, et al.,<br><br>            Defendants. | Case No. ED CV 12-1568-UA (DUTYx)<br><br>ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

    The Court will remand this unlawful detainer action to state court summarily because defendants removed it improperly.

    On September 14, 2012, defendants Mehrdad Saidi and Masoud Ebrahim, having been sued in what appears to be a routine unlawful detainer action in California Superior Court, lodged a Notice of Removal of that action to this Court, and also presented an application to proceed in forma pauperis. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

    Simply stated, plaintiff could not have brought this action in federal court in the first place, in that defendants do not competently allege facts supplying either

1. diversity or federal question jurisdiction, and therefore removal is improper. 28
2. U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546,
3. 563, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005). Here, defendants have asserted
4. both federal question and diversity jurisdiction as their basis for removal. But as
5. described in more detail in the Order Denying Defendants' Request to Proceed
6. Without Prepayment of Filing Fee, because the unlawful detainer action to be
7. removed does not actually raise the federal claims to which defendants point, and
8. because the amount in controversy does not exceed $75,000 and there is no
9. allegation of diversity of citizenship, there is no basis to assert either federal
10. question or diversity jurisdiction. *See* 28 U.S.C. §§ 1331, 1332, 1441.

        Accordingly, IT IS ORDERED that: (1) this matter be REMANDED to the Superior Court of California, Riverside County, Southwest Justice Center, 30755-D Auld Road, Murrieta, CA 92563, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

DATED: 9/20/12

HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE